# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:24-cr-18-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| VALACHIE WENDELL HENDON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss Counts 1, 2, 3, 4, 5, 6, 7, 9, and 10 of Indictment. (Doc. No. 24). The Government has responded in opposition to the motion. (Doc. No. 28).

## I. BACKGROUND AND DISCUSSION

Defendant is charged in a Bill of Indictment with distributing fentanyl and methamphetamine, possession of a firearm by a felon, and knowingly using a firearm during a drug-trafficking crime. (Doc. No. 1). Defendant asks this Court to dismiss Counts 1, 2, 3, 4, 5, 6, 7, 9, and 10 against him. The Court will deny Defendant's motion for the reasons stated in the Government's brief.

Specifically, Defendant's challenges to Counts 1, 2, 3, 4, 5, 6, 7, 9, and 10 are without merit. His objection to the constitutionality of the prohibition against felons possessing firearms fails, as the Fourth Circuit held that 18 U.S.C. § 922(g) is not facially unconstitutional. See United States v. Canada, 103 F.4th 257 (4th Cir. 2024). Additionally, Defendant's vagueness challenge as to various counts also fails because the Bill of Indictment meets the requirements of Fed. R. Crim. P. 7(c)(1) to provide a plain, concise, and definite written statement of the essential facts constituting the offense charged.

1

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss Counts 1, 2, 3, 4, 5, 6, 7, 9, and 10 of Indictment, (Doc. No. 24), is **DENIED**.

Signed: October 14, 2024

Max O. Cogburn Jr.
United States District Judge